In re Huntley, Darnell; — Defendant; Applying For Writ of Certiorari and/or Review, Parish of Vermillion, 15th Judicial District Court Div. B, No. 22045; to the Court of Appeal, Third Circuit, No. KW 13-27.
11Denied. The court of appeal did not err in finding that Miller v. Alabama, 567 U.S. —, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012) does not apply retroactively in relator’s case. State v. Huntley, 13-127 (La.App. 3 Cir. 7/10/13), 118 So.3d 95. See State v. Tate, 12-2763 (La.11/5/13), 130 So.3d 829, cert. denied, Tate v. Louisiana, No. 13-8915, — U.S.—, 134 S.Ct. 2663, 189 L.Ed.2d 214, 2014 WL 834279 (May 27, 2014).
JOHNSON, C.J., dissents and would grant the writ and assigns reasons.